IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GLENN MATLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-7361 |
| | ) | |
| SOHAIB-ASBAH KAMIL SHAMMO, | ) | Hon. Gary Feinerman |
| SPEEDY TRANSPORTATION, INC., | ) | |
| AND AL DIKHOW, individually and | ) | |
| as President of SPEEDY | ) | |
| TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii), the parties herby stipulate to dismissal of this matter, with prejudice, of all causes of action arising out of the facts alleged in the Complaint with prejudice and without costs or attorneys' fees to either party.

WHEREFORE, the Parties respectfully request that this Court dismiss the instant matter, in its entirety, with prejudice and without costs or attorneys' fees to any party, pursuant to settlement.

Stipulated by:

/s/ Robert Fink_____
Robert Fink
Collison & O'Connor, Ltd.
134 N. LaSalle St, Suite 1200
Chicago, Illinois 60602
Attorney for Plaintiff


/s/ Robert H. Fredian_____
Robert H. Fredian
Wiedner & McAuliffe
One North Franklin St., Suite 1900
Chicago, IL 60606
Attorney for SHAMMO, SPEEDY TRANSPORTATION, INC. and AL DIKHOW